AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| AGUSTIN GONZALEZ-ALVARADO | CASE NUMBER: 08cr2870-WQH |

I, AGUSTIN GONZALEZ-ALVARADO, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____8/28/08_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_/s/ Agustin Gonzalez A._
Defendant

_/s/_
Counsel for Defendant

Before _/s/_
Judicial Officer

FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY